AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

2008 JUN 23 PM 12: 21

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Terrence E. Scott | ) Case No: CR400-00045-001 | |
| | ) USM No: 10367-021 | |
| Date of Previous Judgment: November 30, 2000 | ) Abda Lee Quillan | |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __180__ months **is reduced to** __151 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __31__       Amended Offense Level: __29__
Criminal History Category: __IV__    Criminal History Category: __IV__
Previous Guideline Range: __151__ to __188__ months    Amended Guideline Range: __121__ to __151__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a "Time Served" sentence.

Except as provided above, all provisions of the judgment dated __November 30, 2000,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __June 23, 2008__

Judge's signature

B. Avant Edenfield
United States District Judge
Effective Date: _____    For the Southern District of Georgia
(if different from order date)    Printed name and title